FILED
APR 20 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PILLSWORTH,<br><br>                           Plaintiff,<br>vs.<br><br>PHARMACEUTICAL RESEARCH ASSOCIATES, INC.; et al.,<br><br>                         Defendants. | CASE NO. 11CV0054 BEN (RBB)<br><br>ORDER (1) SUBMITTING MATTER TO ARBITRATION, AND (2) TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE<br><br>[Docket No. 17] |

       This action arises from the termination of Plaintiff's employment by Defendants. The action was initiated in San Diego Superior Court and removed to this Court on January 10, 2011. On April 5, 2011, the parties filed a Stipulation Submitting Matter to Arbitration in which the parties agreed to submit the entire above-captioned action to binding arbitration pursuant to a provision in their employment agreement. (Docket No. 17.) The stipulation also seeks a stay of the action in this Court. *Id.*

       Having considered the stipulation, the Court finds good cause to submit the matter to arbitration on the terms agreed upon by the parties, as set forth in the stipulation. The Court, however, questions whether the action should be stayed rather than dismissed without prejudice.

       It is well-established that a court may dismiss an action rather than stay proceedings where the entire complaint is submitted to arbitration. *See Sparling v. Hoffman Const. Co., Inc.*, 864 F.2d 635, 638 (9th Cir. 1988); *see also Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc.*, 252 F.3d 707,

| | |
|---|---|
| 1 | 709-10 (4th Cir. 2001) ( "Notwithstanding the terms of § 3, ... dismissal is a proper remedy when all |
| 2 | of the issues presented in a lawsuit are arbitrable."); *Green v. Ameritech Corp.*, 200 F.3d 967, 972-73 |
| 3 | (6th Cir. 2000); *Bercovitch v. Baldwin Sch., Inc.*, 133 F.3d 141, 156 n. 21 (1st Cir. 1998), *aff'd*, 191 |
| 4 | F.3d 8 (1999). The Court may act on its own initiative in this regard, even if a dismissal is not |
| 5 | requested, as long as the plaintiff is given an opportunity to respond. *See Sparling*, 864 F.2d at 637-38. |

To that end, the Court orders the parties to show cause why the case should not be dismissed without prejudice and sets the following briefing schedule accordingly:

(1) Plaintiff and Defendants have until and including April 29, 2011 to file a response to this Order, if they so desire.

**IT IS SO ORDERED.**

Date: April 8, 2011

Hon. Roger T. Benitez
United States District Court Judge